United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 8, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---------------------

No. 05-20094

----------------------

SIGMA COATINGS USA BV

Plaintiff - Appellant

v.

LIBERTY MUTUAL FIRE INSURANCE CO

Defendant - Appellee

----------------------------------------------
Appeal from the United States District Court
for the Southern District of Texas, Houston
No. 4:03-CV-5379
----------------------------------------------

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for essentially the reasons given by the district court in its Memorandum and Order entered January 3, 2005.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.